IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KINGDOM INSURANCE GROUP, LLC, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 7:10-cv-85 (HL) |
| CUTLER AND ASSOCIATES, INC., et al., | : |
| Defendants. | : |

## ORDER

Before the Court is the Plaintiffs' motion to amend the order disqualifying Plaintiffs' counsel (Doc. 40). The Plaintiffs ask to the Court to amend the order by including language certifying the order for interlocutory appeal.

The Court believes that the issues present in the motion should be promptly resolved. Part of the Court's concern is that two motions to dismiss have been pending in the case for seven months. It is desirable to move forward with the case by resolving the motions to dismiss as quickly as possible in the event that the motion to certify the order for interlocutory appeal is denied.

Accordingly, the Court orders the Defendant Cutler and Associates, Inc. and Shep R. Cutler to file a brief in opposition to the motion (Doc. 40) not later than May 2, 2011. No reply brief will be allowed. An order on the motion will be issued shortly after the opposition brief is filed.

**SO ORDERED**, this the 21st day of April, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc