IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KINGDOM INSURANCE GROUP, LLC, ) <br> KINGDOM BUSINESS SERVICES, LLC, ) <br> KINGDOMCARE, LLC, and KINGDOM ) <br> BENEFITS ASSOCIATION, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CUTLER AND ASSOCIATES, INC. and ) <br> SHEP R. CUTLER, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE <br><br> FILE NO. 7:10-cv-00085-HL |

## NOTICE TO TAKE DEPOSITION

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to the Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants will take the deposition upon oral examination of CHARLIE LEWIS, before an officer authorized to administer oaths on Thursday, August 9, 2012 beginning at 11:00 a.m. at the offices of Kingdom Insurance Group, LLC, 515 North Broad Street, Thomasville, Georgia 31792. Said deposition will be recorded by stenographic means and will continue from day to day until completed.

This 25th day of July, 2012.

WATKINS, LOURIE, ROLL & CHANCE, PC

BY _____
JOSEPH W. WATKINS
Georgia Bar No. 740525
ATTORNEY FOR DEFENDANTS

3348 Peachtree Road, NE
Tower Place 200, Suite 1050
Atlanta, GA 30326
(404) 760-7400
(404) 760-7409 – fax
jww@wlr.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

> Hugh B. McNatt, Esq.
> Hugh Peterson III, Esq.
> McNatt, Greene and Peterson
> Post Office Drawer 1168
> 602 Church Street
> Vidalia, GA  30475
> hmcnatt@mcnattandgreene.com
> hpeterson@mcnattandgreene.com
> ATTORNEYS FOR PLAINTIFFS

This 25th day of July, 2012.

WATKINS, LOURIE, ROLL & CHANCE, PC

BY: _____
JOSEPH W. WATKINS
Georgia Bar No. 740525
LANCE D. LOURIE
Georgia Bar No. 458520

ATTORNEYS FOR DEFENDANTS
CUTLER AND ASSOCIATES, INC.
AND SHEP R. CUTLER

Tower Place 200, Suite 1050
3348 Peachtree Road, NE
Atlanta, GA  30326
(404) 760-7400