# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| KINGDOM INSURANCE GROUP, LLC, ) <br> KINGDOM BUSINESS SERVICES, LLC, ) <br> KINGDOMCARE, LLC, and ) <br> KINGDOM BENEFITS ASSOCIATION, ) <br> LLC, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ) <br> CUTLER & ASSOCIATES, INC., ) <br> SHEP R. CUTLER, and ) <br> UNITED HEALTHCARE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendants. ) | Civil Action File No. <br> 7:10-CV-85 (HL) |

## NOTICE TO TAKE DEPOSITION

TO: Shep R. Cutler
c/o Joseph W. Watkins, Attorney of Record for Defendant
Watkins, Lourie, Roll & Chance, P.C.
3348 Peachtree Road, NE
Tower Place 200, Suite 1050
Atlanta, GA 30326

YOU ARE HEREBY NOTIFIED, that pursuant to the Federal Rule of Civil Procedure 30, Plaintiffs will take the deposition of Defendant, Shep R. Cutler, on the 17th day of August, 2012, at 10:00 a.m. at the Lourie Law Firm, 1224 Pickens Street, Columbia, SC, 29201.

The deposition will be conducted before a certified court reporter or other officer authorized by law to administer oaths by means of stenographic and/or video and/or audio recordings, and will be taken for all purposes and uses permitted by law. The deposition will continue from day to day, if necessary, until completed or adjourned.

This 30th day of July, 2012.

                                                s/ Hugh Peterson III
                                                Hugh B. McNatt
                                                Georgia Bar No. 498300
                                                Hugh Peterson III
                                                Georgia Bar No. 574212
                                                McNatt, Greene and Peterson
                                                602 Church Street
                                                P.O. Drawer 1168
                                                Vidalia, Georgia 30475
                                                (912) 537-9343 phone
                                                (912) 537-2658 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KINGDOM INSURANCE GROUP, LLC, )<br>KINGDOM BUSINESS SERVICES, LLC, )<br>KINGDOMCARE, LLC, and )<br>KINGDOM BENEFITS ASSOCIATION, )<br>LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>)<br>CUTLER & ASSOCIATES, INC., )<br>SHEP R. CUTLER, and )<br>UNITED HEALTHCARE INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | Civil Action File No.<br>7:10-CV-85 (HL) |

## **CERTIFICATE OF SERVICE**

This is to certify that I have filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record in this action:

Joseph W. Watkins
Lance D. Lourie
Watkins, Lourie, Roll & Chance, PC
Tower Place 200, Suite 1050
3348 Peachtree Road, NE
Atlanta, GA  30326

3

William P. Langdale, III
Langdale Vallotton, LLP
1007 North Patterson Street
P.O. Box 1547
Valdosta, GA  31601

 This 30th day of July, 2012.

                s/ Hugh Peterson III
                Hugh B. McNatt
                Georgia Bar No. 498300
                Hugh Peterson III
                Georgia Bar No. 574212
                McNatt, Greene and Peterson
                602 Church Street
                P.O. Drawer 1168
                Vidalia, Georgia 30475
                (912) 537-9343 phone
                (912) 537-2658 fax